UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GEOFFRIE ALLEN LEE DILL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 1:13-cv-1900-TWP-TAB |
| ) | |
| UNITED STATES OF AMERICA. ) | |

**Entry Granting Relief Pursuant to 28 U.S.C. § 2255 and Directing Entry of Final Judgment**

The parties' stipulations relating to the claims in this action (dkt 35 and dkt 40) have been **approved**. Accordingly, the Motion for Relief Pursuant to 28 U.S.C. § 2255 is **granted to the extent consistent with those stipulations**. The Court notes specifically that, under *Johnson v. United States*, 135 S.Ct. 2551 (2015), **the petitioner does not have a sufficient number of prior convictions to support enhancement of his sentence under the Armed Career Criminal Act.**

The sentence in the underlying criminal action shall be **vacated**. An Amended Judgment shall issue in the underlying criminal action reflecting the following sentence:

1. 240 months on Count 1;

2. 60 months on Count 2;

3. 180 months on Count 3.

The sentences on Counts 1 and 3 shall run concurrently and the sentence on Count 2 shall be consecutive to Counts 1 and 3.

The **clerk shall** docket a copy of this Entry in No. 1:11-cr-26-TWP-KPF-1.

**IT IS SO ORDERED**.

Date: 5/6/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel